NOT DESIGNATED FOR PUBLICATION

## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## 03-1274

**STATE OF LOUISIANA**

**VERSUS**

**WILLIAM C. HILTON, JR.**

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
THIRTIETH JUDICIAL DISTRICT COURT
PARISH OF VERNON, NO. 63850
HONORABLE LESTER P. KEES, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

## JOHN D. SAUNDERS
## JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Ulysses Gene Thibodeaux, Chief Judge, John D. Saunders and Arthur J. Planchard, * Judges.

**AFFIRM.**

**Hon. William E. Tilley**
**District Attorney - 30th JDC**
**P.O. Box 1188**
**Leesville, LA 71496-1188**
**(337) 239-2008**
**Counsel for: Plaintiff Appellee**
**State of Louisiana**

_____

* Judge Arthur J. Planchard, Jr., Retired, participated in this decision by appointment of the Louisiana Supreme Court as Judge *Pro Tempore.*

**Paula Corley Marx**
**Louisiana Appellate Project**
**P. O. Box 80006**
**Lafayette, LA 70598-0006**
**(337) 991-9757**
**Counsel for: Defendant Appellant**
**William C. Hilton, Jr.**

**Terry Wayne Lambright**
**Attorney at Law**
**100 So. Third St.**
**Leesville, LA 71446**
**(337) 239-6557**
**Counsel for: Plaintiff Appellee**
**State of Louisiana**

**William C. Hilton, Jr.**
**Louisiana State Penitentiary**
**Camp C Tiger 3L Cell3**
**Angola, LA 70712**
**(000) 000-0000**
**Counsel for: Defendant Appellant**
**William C. Hilton, Jr.**